■ KONSTANTINOS KARAGIANNIS, Appellant-Respondent, et al., Claimant, v NEW YORK STATE THRUWAY AUTHORITY, Respondent-Appellant. (Appeal No. 2.) (Claim No. 77716.) [619 NYS2d 976] —Appeal and cross appeal unanimously dismissed without costs. Memorandum: We dismiss the appeal and cross appeal from the "Structured Judgment Order", dated December 9, 1993. A judgment thereunder was entered on December 27, 1993, and an appeal taken therefrom. Because the directives in each document are identical, proper appellate review lies only from the judgment *(see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.,* 147 AD2d 977). (Appeals from Judgment of Court of Claims, Hanifin, J.—Damages.) Present —Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.

■ In the Matter of PHEINIHAS BOWLES, Appellant-Respondent. NEW YORK STATE OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES, Respondent-Appellant. (Appeal No. 2.) [621 NYS2d 961] —Order insofar as appealed from unanimously reversed on the law without costs. Same Opinion by Pine, J. P., as in *Matter of Bowles* (206 AD2d 216). (Appeals from Order of Monroe County Court, Marks, J.—Attorney's Fees.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.